435 A.2d 926

Evans v. Standard Venetian Blind, Co., et al.

Appeal of American Empire Insurance, Co.

Petition for Allowance of Appeal Granted Nov. 4, 1982.

Argued May 11, 1981. William F. Anzalone, for appellant; Mitchell S. Greenspan, submitted a brief on behalf of Standard, et al., appellees.

Before MONTEMURO, HOFFMAN and VAN der VOORT, JJ.

Order affirmed.

435 A.2d 927

Gallagher, et al., Appellants v. Varish, et al.

Argued November 10, 1980. Paul D. Shafer, Jr., for appellants; Mark D. Prather, for appellees.

Before PRICE, CAVANAUGH and HOFFMAN, JJ.

Judgment affirmed.